**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-6954**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DEREK MARQUIS FLEMING,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  Richard C. Erwin, Senior District Judge.  (CR-91-179, CA-93-584)

Submitted:  April 15, 1996      Decided:  April 23, 1996

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Derek Marquis Fleming, Appellant Pro Se.  Paul Alexander Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying his 28 U.S.C. § 2255 (1988) motion and denying his motions for reconsideration. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error in the denial of § 2255 relief. Nor do we find an abuse of discretion in the court's denial of Appellant's motions for reconsideration. Accordingly, we affirm on the reasoning of the district court. United States v. Fleming, Nos. CR-91-179; CA-93-584 (M.D.N.C. Apr. 20, 1995; May 2, 1995; May 11, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2